

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-19-00787-CV

Mary **HINOJOSA** and All Occupants of 630 Alta Sita Street San Antonio, Texas 78237,
Appellants

v.

**FINANCE OF AMERICA REVERSE, LLC,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05604
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee's brief was originally due on April 10, 2020 and was not filed. On April 15, 2020, this court notified appellee that its brief was late and requested a response identifying a reasonable explanation for the failure to timely file the brief by April 25, 2020. On April 22, 2020, appellee filed a motion for extension of time explaining that its failure to timely file the brief was due to unexpected layoffs related to the COVID-19 pandemic. After consideration, we GRANT appellee's motion for extension of time and ORDER appellee to file its brief by May 11, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court